# Exhibit A

Search

Home
Explore
Notifications
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More

Post

[redacted] ···

## Post

**Virginia Huddleston**
@RealVirginiaH

Mobile County Alabama Sheriff Paul Burch sued for armed home invasion with convicted felon — just 4 days before May 19 GOP primary.
Local media blackout.
Full complaint: vhuddleston.substack.com/p/civil-lawsui...
#Accountability

10:21 AM · May 15, 2026 · **243** Views

17 · 3 · 4 · 1

Relevant · View quotes ›

Post your reply · Reply

**Virginia Huddleston** @RealVirginiaH · May 15
@JesseBWatters @Timcast @greggutfeld @DC_Draino @Catturd2 @TheGatewayPundit @charliekirk11
61

**Virginia Huddleston** @RealVirginiaH · May 15
@Newsmax @OANN @BreitbartNews @JackPosobiec @libsoftiktok @EndWokeness @MattWalshBlog @TuckerCarlson
60

**Virginia Huddleston** @RealVirginiaH · May 15
): @DanBongino @benshapiro @megynkelly @RubinReport
24

**Virginia Huddleston** @RealVirginiaH · May 15
@FoxNews @Newsmax @OANN @JackPosobiec @EndWokeness @TurningPointUSA @DefiantLs
1 · 31

**Virginia Huddleston** @RealVirginiaH · May 15
@JoeDanMedia @amuse @FBIDirectorKash @mazemoore @LauraLoomer
30

**Virginia Huddleston** @RealVirginiaH · May 15
@elonmusk @joerogan @Shawn_Farash @seanhannity @marklevinshow @glennbeck @JudicialWatch @Heritage @bannonswarroom
25

**Virginia Huddleston** @RealVirginiaH · May 15
@KanekoaTheGreat @TheChiefNerd @jasoninthehouse
1 · 1 · 23

**Virginia Huddleston** @RealVirginiaH · May 15
@MariaBartiromo @JudgeJeanine @TheFive @GutfeldFox
26

**Virginia Huddleston** @RealVirginiaH · May 15
SteveBannon @realDonaldTrump @TeamTrump @USDOJ
32

**Virginia Huddleston** @RealVirginiaH · May 15
@DataRepublican @foxnewsalert @EpochTimes @WashingtonExaminer

**Relevant peo**

**Virginia Hu**
@RealVirgin
M.B.A. Louis
Business For

**What's happ**

**Privacy on iPhone**
Safari helps block d
Promoted by Apple

Trending
**#NHLDraft**

Sports · Trending
**Sorsby**
Trending with The NC

Trending in United Stat
**#ZIGxONDO**

Show more

Terms of Service | Privac
Accessibility | Ads info

X

- Home
- Explore
- Notifications
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium 50% off
- Profile
- More

Post

[redacted]

...

@DataRepublican @foxnewsalert @EpochTimes @WashingtonExaminer
@Reason @ProjectVeritas @JamesOKeefeIII @Heritage @PragerU

17

**Virginia Huddleston** @RealVirginiaH · May 15
@PBDPodcast @ShawnRyanShow @LarryElder @EricWeinstein
@JordanBPeterson

17

**Virginia Huddleston** @RealVirginiaH · May 15
@FreeBeacon @TheFederalist @SpectatorUSA @dcexaminer
@WashingtonFreeBeacon @molliehemingway

19

**Virginia Huddleston** @RealVirginiaH · May 15
@ggreenwald @mtaibbi @ShellenbergerMD @ScottAdamsSays @mtracey

18

**Virginia Huddleston** @RealVirginiaH · May 15
@FoxBusiness @CNN @CBSNews @ABC @NBCNews

20

**Virginia Huddleston** @RealVirginiaH · May 15
@RandPaul @JDVance @larryelder @EricTrump @DonaldJTrumpJr @tedcruz
@timburchett

31

**Virginia Huddleston** @RealVirginiaH · May 15
@MZHemingway @julie_kelly2

31

**Virginia Huddleston** @RealVirginiaH · May 15
@Daily_MailUS

28

**Relevant peo**

**Virginia Hu**
@RealVirgin
M.B.A. Louis
Business For

**What's happ**

**Privacy on iPhone**
Safari helps block d
Promoted by Apple

Trending
**#NHLDraft**

Sports · Trending
**Sorsby**
Trending with The NC

Trending in United Sta
**#ZIGxONDO**

Show more

Terms of Service | Privac
Accessibility | Ads info